ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Parte Recurrida<br><br>V.<br><br><br>PERLA TAMARA GARCÍA VENTURA<br><br>Parte Peticionaria | TA2026CE00469 | *REVISIÓN JUDICIAL* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br>_____<br>Caso Núm.: I1TR202500086<br>_____<br>SOBRE: INF. ART. 7.02 LEY 22 |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 20 de abril de 2026.

Examinada la *Petición de Certiorari* instada el 15 de abril de 2026 por Perla Tamara García Ventura disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora[1], por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[1] Le suplicamos cautela a la distinguida letrada que representa a la Peticionaria, cuando en su recurso nos manifiesta: "El mandato de la Regla 425(g) de Procedimiento Criminal es imperativo.", específicamente cuando las Reglas de Procedimiento Criminal de Puerto Rico, según enmendadas, 34 L.P.R.A. Ap. II, llegan hasta la Regla 255.